## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bush, Hattie

Printed: 02/17/09

Case Number:  08 B 07668

Judge:  Squires, John H

Filed:  3/31/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  January 7, 2009
Confirmed:  May 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,200.00 |  |
| Secured: |  | 967.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 154.50 |
| Trustee Fee: |  | 78.50 |
| Other Funds: |  | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 154.50 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 12,690.56 | 967.00 |
| 4. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 276.74 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 23.10 | 0.00 |
| 7. | Capital One | Unsecured | 79.28 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 2,774.57 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 400.42 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 45.75 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 27.87 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 180.09 | 0.00 |
| 13. | AmeriCash Loans, LLC | Unsecured | 42.24 | 0.00 |
| 14. | Northeastern University | Unsecured |  | No Claim Filed |
| 15. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 16. | Cook County State's Attorney | Unsecured |  | No Claim Filed |
| 17. | American Collection Corp | Unsecured |  | No Claim Filed |
| 18. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 19. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 20. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 21. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 22. | Lord & Taylor | Unsecured |  | No Claim Filed |
| 23. | TekCollect | Unsecured |  | No Claim Filed |
| 24. | Medical Collections | Unsecured |  | No Claim Filed |
| 25. | Medical Collections | Unsecured |  | No Claim Filed |
| 26. | HSBC | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bush, Hattie

Printed: 02/17/09

Case Number:  08 B 07668

Judge:  Squires, John H

Filed:  3/31/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27.  Nicor Gas | Unsecured | | No Claim Filed |
| 28.  Check Recovery Systems | Unsecured | | No Claim Filed |
| 29.  Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | $ 20,033.62 | $ 1,121.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 45.50 |
| 6.6% | 33.00 |
| | $ 78.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: